PROB 12C
(6/16)

Report Date: June 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Will Jovani Guardado             Case Number: 0980 4:16CR06013-SMJ-1

Address of Offender:                                Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 23, 2017

Original Offense:   Possession with Intent to Distribute 5 Grams or More of Methamphetamine,
                    21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii)

Original Sentence:  Prison - 60 months                Type of Supervision: Supervised Release
                    TSR - 48 months

Asst. U.S. Attorney:  Ben Seal                        Date Supervision Commenced: June 12, 2020

Defense Attorney:     Richard A. Smith                Date Supervision Expires: June 11, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

1                    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

                     **Supporting Evidence**: Mr. Guardado is considered to be in violation of his conditions of supervised release by committing simple assault domestic violence on or about June 13, 2021, in Pasco, Washington.

                     Mr. Guardado's conditions of release were reviewed with him on June 17, 2020. He verbally acknowledged an understanding of his conditions, to include mandatory condition number 1, as noted above.

                     On June 13, 2021, the probation office received an email notification that Mr. Guardado had contact with the Pasco Police Department in reference to an incident involving domestic violence.

                     Police reports were reviewed on June 15, 2021, advising the Pasco Police Department was dispatched at approximately 11:44 p.m. in reference to a domestic violence assault that occurred in the parking lot of the Crazy Moose Casino in Pasco. The victim reported she was there with Mr. Guardado and some other friends.

Prob12C
Re: Guardado, Will Jovani
June 15, 2021
Page 2

The victim reported things were getting awkward between her and Mr. Guardado due to his alcohol consumption so she went to go get into her car. Once she arrived to her car, Mr. Guardado was already there. The victim entered the driver's side and Mr. Guardado entered the passenger side of the car. Once inside, the victim reported Mr. Guardado turned toward her and began to hit her with his right fist and hand, repeatedly striking her in the face. The victim reported she was then grabbed around her neck by Mr. Guardado with both hands, and was being choked for a few seconds. The victim reported she could not breathe but it was not long enough for her to lose consciousness. She started to hit Mr. Guardado so he would release her. Pasco Police obtained multiple photographs documenting the injuries to the victim and the bruising to her neck.

Mr. Guardado was contacted by Pasco police officers, waived his Miranda rights and agreed to speak with them. Mr. Guardado admitted he was in the car with the victim, but explained it was the victim who attacked him and he was just defending himself. Officers noted Mr. Guardado had some marks on his face and neck. Mr. Guardado explained the victim was jealous because another girl had hugged him. Mr. Guardado denied touching the victim on the neck, and had no explanation for how she got those injuries.

Mr. Guardado was arrested and booked into the Franklin County Jail. He was released on his own recognizance on June 14, 2021. This case is currently pending in Pasco Municipal Court. Future court proceeds are pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 15, 2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

06/16/2021
Date